### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

RONNIE MARTIN;
aka "Ronnie Bo,"
Defendant.

**Case No. 17-cr-597**
Chief Judge Rebecca Pallmeyer

**MOTION TO DISMISS REVOCATION**

Defendant, Ronnie Martin, also known as "Ronnie Bo," respectfully moves this Court to transfer jurisdiction back to the Northern District of Illinois where he was indicted and dismiss the revocation proceedings against him. This motion is based on a well-documented history of harassment by various federal agencies, including the CIA, FBI, and DEA, that have repeatedly attempted to frame the Defendant. The current allegations are outrageous and lack substantive evidence which appears to be a continuation of past efforts to discredit and criminalize the Defendant.

I. INTRODUCTION AND BACKGROUND

The Defendant has repeatedly been the subject of fabricated accusations by federal agencies seeking to undermine his reputation and standing in his community. The latest allegations mirror previous wrongful accusations orchestrated by the DEA through Special Agent Timothy Gray and his informant Alexander Fenn, who falsely implicated the Defendant as a member of a Chicago based drug trafficking organization. These false accusations were part of an organized effort by government agencies to paint the Defendant as a notorious criminal.

II. GROUNDS FOR DISMISSAL

The Government's case relies in part on statements from a confidential source, designated as CS-1 in apparent FBI documents, who falsely alleged that the Defendant was present at the Marcy Projects in Brooklyn, New York, on May 30, 2023. On this date, CS-1 claims that the Defendant was shot in the left shoulder during an incident in Brooklyn. However, this allegation is demonstrably false. The Defendant was not in New York on that date and can provide evidence to refute CS-1's statement. This fabricated allegation serves as further evidence of an ongoing attempt by federal agencies to frame the Defendant. See Exhibit A attached to this document.

Defendant had received a call from an anonymous caller posing as an FBI agent. During this call, the anonymous caller questioned the Defendant about being shot and attempted to coerce him into falsely implicating Tyran "Ty Ty" Smith, a known associate of music mogul Jay-Z, as the orchestrator of the alleged attempt on the Defendant's life. This call was clearly intended to manipulate the Defendant into making false statements, further demonstrating a concerted effort by federal agents or their associates to build a fabricated case against him.

The Government's current case also relies on statements from a individual with a history of making baseless allegations against the Defendant, including his uncle Timothy Trudo, who falsely claimed he was pistol-whipped by the Defendant in an incident that is wholly unsupported by evidence and appears to be intended solely to damage the Defendant's reputation and cause him to suffer more time of false imprisonment.

Keitha Turner, the mother of the Defendant's daughter, who has also made false accusations against the Defendant, allegedly under the influence or direction of law enforcement officials connected to the FBI office in St. Francis Wisconsin. St. Francis Police falsely labeled the Defendant "Armed & Dangerous" in order to justify why they arrested him at gunpoint on July 14, 2024. The Defendant believes, and rightfully so, that the events surrounding his arrest was yet another assassination attempt by the government.

The Defendant's history of wrongful accusations against him further suggests a pattern of targeted harassment. The DEA's baseless allegations against the Defendant, spearheaded by DEA Special Agent Timothy Gray and his informant, Alexander Fenn, have already been demonstrated to be fabricated. This pattern of harassment aligns with well-documented historical practices of federal agencies targeting and attempting to discredit social and political figures, including Malcolm X and Dr. Martin Luther King Jr., who were monitored and maligned by intelligence agencies. The Defendant, known as Ronnie Bo, a prominent figure within his community, believes these actions are similarly intended to silence his influence.

The Government's revocation proceedings are based on statements from individuals with documented motives to deceive and fabricate, and lack any substantive evidence linking the Defendant to alleged violations. This reliance on dubious testimonies and the lack of corroborating evidence raise serious concerns about the legitimacy of these proceedings.

III. REQUEST FOR RELIEF

In light of the above, the Defendant respectfully requests this Honorable Court to:

1. Dismiss the Revocation Proceedings against Ronnie Martin, a.k.a. Ronnie Bo, on the grounds of government misconduct, lack of credible evidence, and a well-documented pattern of wrongful accusations.

2. Issue a Protective Order to prevent further harassment, coercion, and targeting of the Defendant by federal agencies or their associates.

IV. CONCLUSION

The Defendant asserts that these proceedings are part of a larger, ongoing effort by government agencies to malign and discredit him through false allegations, coercion, and manipulation. In the interest of justice, the Defendant respectfully requests that this Motion to Dismiss be granted.

Dated this 28th day of October, 2024.

Respectfully submitted,

/s/
Ronnie Martin (pro se)
Self-proclaimed Holy Prophet known as "Ronnie Bo"
Author of *The Holy Trap Scriptures*.