### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,
v.
Ronnie Martin;
aka "Ronnie Bo,"
Defendant.



Case No. 17-cr-597
Chief Judge Rebecca Pallmeyer

**CIVIL CAPTION**
**w/**
**EXHIBIT A**

**Incident Summary:**

On May 30, 2023, at approximately 01:36 PM, Confidential Source #1 (CS-1) observed a group of four individuals walking near 468 Marcy Avenue in the Marcy Projects area of Brooklyn, New York. Among the group was a tall, light-skinned Black male later identified as "Ronnie Bo." CS-1 noted the group was engaged in casual conversation when an unexpected gunshot was fired.

**Observations by CS-1:**

Upon hearing the gunshot, CS-1 witnessed "Ronnie Bo" react immediately by grabbing his shoulder and shouting in pain, indicating he had sustained a gunshot wound. Ronnie Bo instructed the three other individuals with him to "rush me to the hospital." The group promptly assisted Ronnie Bo and began escorting him away from the area in haste.
CS-1 reported that the injury appeared non-fatal, as the wound was to Ronnie Bo's shoulder. Although visibly distressed and in pain, Ronnie Bo was able to walk with assistance.

**Additional Investigation:**

Following the incident, the NYPD contacted the FBI to broaden their investigation, seeking further assistance in identifying the individuals involved and the motive behind the shooting. Federal agents later identified "Ronnie Bo" as a Milwaukee resident named Ronnie Martin. When agents contacted Ronnie Martin, also known as Ronnie Bo, he refused to provide the FBI with a statement, complicating federal efforts to further investigate the incident.

**Suspected Motive:**

In the course of subsequent inquiries, CS-1 reportedly overheard information suggesting Tyran "Ty Ty" Smith, a known associate of music mogul Jay-Z, may have orchestrated the shooting.

CS-1 received information from undisclosed sources indicating that "Ty Ty" had allegedly paid an unidentified shooter to target Ronnie Bo. The motive behind this alleged arrangement remains unclear, though CS-1 believes the circumstances surrounding the incident warrant further investigation into possible personal or business-related disputes.

**Follow-Up:**

CS-1 recommends a thorough investigation into the incident, focusing on any recent conflicts involving Ronnie Bo and associates of Tyran "Ty Ty" Smith. Additional questioning of individuals in the area may provide further details on the shooter's identity and any potential contractual arrangement for the shooting. The FBI's involvement should assist in uncovering further information, despite the limited cooperation from Ronnie Martin.

**End of Report**